Leonard W. GREENBERG, Petitioner, v.
COMMISSIONER OF INTERNAL
REVENUE, Respondent.

William ARENSON, Petitioner, v. SAME.

Nos. 10211, 10212.

Circuit Court of Appeals, Sixth Circuit.

Dec. 11, 1946.

Robert Ash, of Washington, D. C., for
petitioner.

J. P. Wenchel, Sewall Key, and Bernard
D. Daniels, all of Washington, D. C., for
respondent.

Before HICKS, ALLEN, and MILLER,
Circuit Judges.

PER CURIAM.

These consolidated causes were heard
upon the transcript of record, briefs and
arguments of counsel; on consideration
whereof, it is ordered and adjudged that

the decision of the Tax Court that there is a deficiency in the income tax of Leonard Greenberg for the year 1941 in the amount of $19,533.53 is affirmed upon the grounds and for the reasons set forth in the opinion and findings of fact of the Tax Court promulgated September 18, 1945, 5 T.C. 732; and upon the authority of Commissioner v. Tower, 327 U.S. 280, 66 S.Ct. 532, and Lusthaus v. Commissioner, 327 U.S. 293, 66 S.Ct. 539, both decided by the Supreme Court on February 25, 1946.

And it is further ordered and adjudged, in accordance with the motion filed by petitioners on March 4, 1946, that the decision of the Tax Court that there is a deficiency in the income tax of William Areson, in the amount of $19,680.71, for the year 1941 is likewise affirmed upon the grounds and for the reasons hereinabove set forth.